ORIGINAL

hermand.info

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN - 4 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00002 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)** [16 GCA §18102(b) and 18 U.S.C. §§ 7(3) and 13] (Misdemeanor) |
| Defendant. ) | **DRIVING UNDER THE INFLUENCE OF ALCOHOL** [16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13] (Misdemeanor) |
| DENTY HERMAN, ) Defendant. ) | **STORAGE OF OPENED CONTAINER** [16 GCA §18122 and 18 U.S.C. §§ 7(3) and 13] (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)

On or about 9 November 2006, in the District of Guam, the defendant, DENTY HERMAN, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while he had 0.08% or more, by weight, of alcohol in his blood, in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL

On or about 9 November 2006, in the District of Guam, the defendant, DENTY HERMAN, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle while under the influence of alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

## COUNT III - STORAGE OF OPENED CONTAINER

On or about 9 November 2006, in the District of Guam, the defendant, DENTY HERMAN, at U.S. Naval Base Guam, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, being the registered owner of the vehicle, did keep in his motor vehicle, while the vehicle was upon a highway, a can containing an alcoholic beverage which had been opened, in violation of 16 Guam Code Annotated, Section 18122 (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 4th day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney