# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____  Docket Number **07 - 00002**

Same Defendant _____  New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__  Matter to be sealed: ____ Yes __X__ No

Defendant Name _____Denty Herman_____

Allisas Name _____

Address _____

_____Tamuning, Guam_____

Birth date __XX/XX/1979__  SS# __XXX-XX-__  Sex __M__  Race __PI__  Nationality __CNMI.__

**U.S. Attorney Information:**

SAUSA __Ryan M. Anderson__

Interpreter: __X__ No ____ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED JAN 0 4 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __3__  ____ Petty __X__ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 16 GCA §18102(b) and 18 U.S.C. §§ 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC) | 1 |
| Set 2 | 16 GCA §18102(a) and 18 U.S.C. §§ 7(3) and 13 | DRIVING UNDER THE INFLUENCE OF ALCOHOL | 2 |
| Set 1 | 16 GCA §18122 and 18 U.S.C. §§ 7(3) and 13 | STORAGE OF OPENED CONTAINER | 3 |

Date: __4 JAN 07__  Signature of SAUSA: __Ry M. And__