ORIGINAL

HermanD.Sum

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN - 4 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00002 |
| Plaintiff, ) | UNITED STATES' REQUEST |
| ) | FOR ISSUANCE OF SUMMONS |
| vs. ) | |
| ) | |
| DENTY HERMAN, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through Special Assistant United States Attorney Ryan M. Anderson, and moves this Honorable Court to issue a Summons for the above-named defendant, on the grounds that the United States has this day filed an Information against said defendant, charging him with misdemeanor crimes involving Driving Under the Influence of Alcohol (BAC), in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13; Driving Under the Influence of Alcohol, in violation of 16 Guam Code Annotated, Section 18102(a)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13; and Storage of Opened Container, in violation of 16 Guam Code Annotated, Section 18122 (as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

The United States has probable cause to believe that the above-named defendant has committed the crimes charged in said Information.

RESPECTFULLY SUBMITTED this 4th day of January, 2007.

By:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

RYAN M. ANDERSON
Special Assistant U.S. Attorney

2