Summons.Ord

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam   96910-5113
PHONE:  472-7332
FAX:  472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00002 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DENTY HERMAN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before this Court, on Tuesday, January 23, 2007, at 9:00 a.m.

DATED this 5th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**