RECEIVED
JAN 09 2007
US MARSHALS SERVICE-GUAM

◇AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
|---|---|
| V. | |
| DENTY HERMAN | Case Number: CR-07-00002-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>413 |
|---|---|
| | Date and Time<br>Tuesday, January 23, 2007 at 9:00 a.m. |

To answer a(n)
☐ Indictment    **X** Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

COUNT I - Driving Under the Influence of Alcohol (BAC), 16 GCA § 18102(b), as assimilated by 18 U.S.C. §§ 7(3) and 13
COUNT II - Driving Under the Influence of Alcohol, 16 GCA § 18102(a), as assimilated by 18 U.S.C. §§ 7(3) and 13
COUNT III - Storage of Opened Container, 16 GCA § 18122, as assimilated by 18 U.S.C. §§ 7(3) and 13

**FILED**
DISTRICT COURT OF GUAM
JAN 11 2007
MARY L.M. MORAN
CLERK OF COURT

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

*[signature: Melissa L. Trauner]*
Signature of Issuing Officer

January 9, 2007
Date

## ORIGINAL

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 1/10/07 |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant at:

USMS, Hagatna, G—

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

[ ] Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  1/11/07
             Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.