# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00002                         DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 11:30:02 - 11:50:33
CSO: B. Benavente / L. Ogo

**APPEARANCES:**

Defendant: Denty Herman                 Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.       ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson            U.S. Agent:
U.S. Probation: Carleen Borja           U.S. Marshal: D. Punzalan
Interpreter: Sherloyn Casmiro           Language: Chuukese

**PROCEEDINGS: Change of Plea**
- Government had no objection to having defendant's wife translate.
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: May 29, 2007 at 10:15 A.M.
- Presentence Report due to the parties: April 23, 2007. Responses due: May 7, 2007.
- Presentence Report due to the Court: May 22, 2007
- Government's oral motion to dismiss Counts I and II Granted.
- Defendant to remain released.

NOTES: Court stated that a Chuukese interpreter will be procured for defendant's next hearing.