JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DENTY HERMAN

**FILED**
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-07-00002 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| vs. ) | |
| ) | |
| DENTY HERMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing currently scheduled for May 29, 2007, be continued to a time and date after June 12, 2007. The justification for this request is based upon defense counsel's previously

//

//

scheduled off-island commitments.

    IT IS SO STIPULATED:

    DATED: Mongmong, Guam, May 14, 2007.

*/s/ Richard P. Arens*
RICHARD P. ARENS
Attorney for Defendant
DENTY HERMAN

*/s/ Ryan Anderson*
RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2