**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00002 DATE: June 26, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori Court Recorder: Virginia Kilgore

Courtroom Deputy: Peter Santos Electronically Recorded: 11:37:53 - 12:01:00

CSO: B. Pereda

---

**APPEARANCES:**

Defendant: Denty Herman Attorney: Richard Arens

☑ Present ☐ Custody ☐ Bond ☑ P.R. ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: None Present U.S. Agent:

U.S. Probation: Stephen Guilliot U.S. Marshal: None Present

Interpreter: Tatasy A.Curley Language: Chuukese

---

**PROCEEDINGS: Sentencing**

- Defendant sentenced to probation for a term of Two years, with conditions (refer to Judgment for conditions of probation). As a condition of probation defendant shall serve 48 hours confinement commencing, July 6 at 6:00 p.m., through July 8, 2007 at 6:00 p.m.
- Defendant's Driver's License is suspended for a period of 6 months.
- Court orders defendant to pay fine immediately in the amount of $1,000.00
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: Goverment's oral motion to dismiss counts 1 and 3 granted.