**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 07-00002-001 |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| DENTY HERMAN, | ) | |
| Defendant. | ) | |

  Denty Herman was sentenced on June 26, 2007, by Magistrate Judge Joaquin V.E. Manibusan, Jr. for Driving Under the Influence of Alcohol, in violation of 16 G.C.A. §18102(a) and 18 U.S.C. §§7(3) and 13. He received a sentence of two years probation and was ordered to comply with the following conditions: serve 48 hours of confinement at the Guam Department of Corrections beginning July 6, 2007 at 6:00 p.m. and shall be released on July 8, 2007 at 6:00 p.m.; refrain from the use of any and all alcoholic beverages; submit to up to eight alcohol tests per month, as necessary to ensure against the use of alcohol; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse. The Court further ordered the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office; perform 50 hours of community service under the direction of the U.S. Probation Office; and pay a $1,000 fine and a $25 special assessment fee. His driver's license was also suspended for six months within the special maritime and territorial jurisdiction of the United States.

  Mr. Herman is requesting to travel to Pratta Island, Chuuk State, Federated States of Micronesia, to escort the body of his deceased brother and to attend his funeral. Mr. Herman also intends to renew his passport in Chuuk. Mr. Herman plans to depart Guam on January 9, 2008 and return by January 30, 2008. He will be traveling with his mother and brothers.

Request to Travel
Re: HERMAN, Denty
Criminal Case No. 07-00002-001
January 8, 2008
Page 2

      Mr. Herman is gainfully employed as a painter. He paid his special assessment on June 26, 2007, and is working towards paying his fine. He has yet to begin performing community service due to his work schedule. Mr. Herman submits his monthly reports in a timely manner and has been compliant throughout his term of supervision. This Officer supports the travel request and seeks Court approval.

                                  Respectfully submitted,

                                  ROSSANNA VILLAGOMEZ-AGUON
                                Chief U.S. Probation Officer

By: 
                              /s/ JUDY ANNE L. OCAMPO
                              U.S. Probation Officer

Reviewed by:

/s/ GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc: File