PROB 12A
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

## Report on Offender Under Supervision

Name of Offender: **Denty Herman**　　　　　Case Number: **CR 07-00002-001**

Name of Sentencing Judicial Officer:　　Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:　　June 26, 2007

Original Offense:　　Driving Under the Influence of Alcohol, in violation of 16 G.C.A. §18102(a) and 18 U.S.C. §§7(3) and 13

Original Sentence:　　Two years probation with the following conditions: not commit another federal, state, or local crime; serve 48 hours confinement at the Guam Department of Corrections beginning July 6, 2007 at 6:00 p.m. and shall be released on July 8, 2007 at 8:00 p.m.; refrain from the use of any and all alcoholic beverages; submit to up to eight alcohol tests per month as necessary to ensure against the use of alcohol; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency, which will include testing for the detection of substance use or abuse. Court further orders the defendant make a co-payment at a rate to be determined by the U.S. Probation Office; perform 50 hours of community service under the direction of the U.S. Probation Office; suspend driver's license for a period of six months within the special maritime and territorial jurisdiction of the United States; pay a $25 special assessment fee; and pay a $1,000 fine.

Type of Supervision:　　**Probation**　　Date Supervision Commenced:　　**June 26, 2007**

## NONCOMPLIANCE SUMMARY

Violation Number　　Nature of Noncompliance

Standard Condition #1　The defendant failed to follow the instructions of the probation officer.

On January 9, 2008, Mr. Herman was granted permission by the Court to travel to Pratta Island, Chuuk State, Federated States of Micronesia (FSM), to escort the body of his deceased brother and attend the funeral. While in Chuuk, Mr. Herman indicated that he would renew his FSM passport. He was scheduled to return to Guam on January 30, 2008.

On February 9, 2008, this Officer met with Mr. Herman's wife, Shirlene Casmiro, who related that he had not returned from Chuuk. She stated that he had renewed his passport but did not receive it from the passport office, which is located in Pohnpei. Ms. Casmiro related that Mr. Herman attempted to return to Guam, however, the immigration officials would not allow him to leave without a passport. She further indicated that Mr. Herman will need approximately two weeks to wait for his passport and will return immediately upon receipt of his passport.

The probation officer respectfully requests that the Court review this report as informational and impose no action at this time. Ms. Casmiro was advised that should Mr. Herman not return, more serious consequences will occur. His progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:                                              Respectfully submitted,

/s/ CARMEN D. O'MALLAN            by:      /s/ JUDY ANNE l. OCAMPO
U.S. Probation Officer Specialist                 U.S. Probation Officer
Supervision Unit Leader

Date:    February 15, 2008                    Date:    February 15, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐   Submit a Request for Modifying the Condition of Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   No Action.

☐   Other